IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11 CR 38

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| TERRY LEE WOLFE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the court pursuant to defendant's motion entitled "Defendant's Amended Motion For Detention Hearing" (#18). The undersigned has determined to allow a detention hearing for defendant and has set such hearing for January 10, 2012 in Bryson City.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's motion "Defendant's Amended Motion for Detention Hearing" (#18) is hereby **ALLOWED** and the court will set a detention hearing for the defendant.

Signed: January 12, 2012

Dennis L. Howell
United States Magistrate Judge