IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
2:11 cr 38-3

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Vs. | ) |  |
|  | ) | ORDER |
| TERRY LEE WOLFE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** has come before the undersigned pursuant to an Unopposed Motion For Release to an Inpatient Treatment Program and Request for a Detention Hearing (#57). At the call of this matter on for hearing, Defendant appeared with his counsel and the Government was represented through AUSA Tom Kent. There was no objection to the motion of Defendant and therefore the motion will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Unopposed Motion For Release to an Inpatient Treatment Program and Request for a Detention Hearing (#57) is **ALLOWED** and Defendant is released to attend an inpatient drug treatment program at the Swain Recovery Center at 6:00 a.m. on the morning of July 25, 2017.

Signed: July 25, 2017

Dennis L. Howell
United States Magistrate Judge